UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | **ORDER** |
| : | Docket No.: 10-00458-001 |
| v. : | |
| MARK CHERCHIO : | |
| : | |
| Defendant. : | |
| : | |

This matter having been opened to the Court upon application of Christopher L. Patella, Attorney for the defendant, Mark Cherchio, for an Order authorizing the release of the property located at 32 Dora Lane, Holmdel, New Jersey from the Recognizance Bond docketed as Judgment Number RG-063353-0000, and the Court having considered the arguments of Counsel on November 15, 2010, and for good cause shown;

IT IS on this 15th day of November, 2010,

ORDERED that the property owned by the defendant, Mark Cherchio and his wife, Mary Cherchio located at 32 Dora Lane, Holmdel, New Jersey be released from the Recognizance Bond docketed as Judgment Number RG-063353-0000.

_____
Honorable Dickinson R. Debevoise
Senior United States District Court Judge